1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  07-347-dad |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS |
| FRANCISCO GONZALEZ, | ) | AND ORDER |
| Defendant. | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against Gonzalez.

DATED: June 20, 2008                McGREGOR W. SCOTT
                                    United States Attorney
                                         /s/Michelle Rodriguez
                                    By _____
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 07-347-dad against defendant Francisco Gonzalez is GRANTED.

DATED:  June 26, 2008.

_____
U.S. MAGISTRATE JUDGE